**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                            CASE NO. 3:19cr112/MCR

**EDWINA DENISE COFIELD**
  a/k/a "Niecy"
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, EDWINA DENISE COFIELD, to Counts One, Two, Three, Four, Five, Six, and Seven of the superseding indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 2nd day of July 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**